ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAR 28  AM 10: 07

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MANUEL D. RAVELO, | ) |
| Petitioner, | ) |
| v. | ) CV 306-12 |
| MICHAEL PUGH, Warden, | ) |
| Respondent. | ) |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The petition is **DISMISSED**, this civil action is **CLOSED**, and final judgment is **ENTERED** in favor of respondent.

SO ORDERED this ___ day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE